**No. 09-10112. John Carol Hill, Petitioner v. Texas.**

560 U.S. 968, 130 S. Ct. 3416, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4856.

June 14, 2010. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 09-10114. Norman Brown, Petitioner v. United States Court of Appeals for the Ninth Circuit.**

560 U.S. 968, 130 S. Ct. 3446, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4849.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-10117. Eugene Nyambal, Petitioner v. William H. Miller, et al.**

560 U.S. 968, 130 S. Ct. 3416, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4936.

June 14, 2010. Petition for writ of certiorari to the Supreme Court of Virginia denied.

**No. 09-10118. Stephen Beightler, Petitioner v. SunTrust Banks, Inc.**

560 U.S. 968, 130 S. Ct. 3416, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4881.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 09-10119. Stephen Beightler, Petitioner v. Office of the Essex County Prosecutor, et al.**

560 U.S. 968, 130 S. Ct. 3416, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4797.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 342 Fed. Appx. 829.

**No. 09-10121. Victor Hurns, Petitioner v. James V. Anderson, Superintendent, Mississippi State Penitentiary.**

560 U.S. 968, 130 S. Ct. 3417, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4914.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-10123. David Fuselier, Petitioner v. Tony Mancuso, et al.**

560 U.S. 968, 130 S. Ct. 3417, 177 L. Ed. 2d 329, 2010 U.S. LEXIS 4893.

June 14, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 354 Fed. Appx. 49.